UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BILLY JAMES FLEMING,

      **Plaintiff,**

v.                                          Civil Action 2:25-cv-1477
                                             Judge James L. Graham
                                             Magistrate Judge Chelsey M. Vascura

**TRINITY FOOD SERVICES,** *et al.*,

      **Defendants.**

## ORDER

Plaintiff, Billy James Fleming, an Ohio inmate proceeding without the assistance of counsel, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff advances claims arising from injuries sustained while working in the kitchen of his place of incarceration. Plaintiff's allegations in his Complaint were unclear as to where that place of incarceration was located; however, Plaintiff's Objections (ECF No. 7) to the undersigned's December 23, 2025 Report and Recommendation (ECF No. 3) clarify that the events underlying his Complaint occurred at the Cuyahoga County Justice Center in Cleveland, Ohio. The individuals who allegedly violated Plaintiff's rights also work and reside in Cuyahoga County.

Because Plaintiff's claims are against Defendants who do not reside in this district and concern events that he alleges occurred in Cuyahoga County, venue in this Court is not proper. *See* 28 U.S.C. § 1391 (venue is proper in the judicial district where any defendants reside or in which the claims arose). Accordingly, this action is **TRANSFERRED** pursuant to 28 U.S.C.

§ 1406(a) to the United States District Court for the Northern District of Ohio, Eastern Division at Cleveland, which serves Cuyahoga County. *See* N.D. Ohio Civ. R. 3.8(a).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE